# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
## CIRCUIT JUDGE DIVISION

| | |
|---|---|
| NIDHI GARDENS, LLC, ) | |
| ) | |
| Plaintiff, ) | Cause No.: 23SL-CC02766 |
| ) | |
| vs. ) | Division No.: 16 |
| ) | |
| MUNICH RE SPECIALTY GROUP ) | |
| INSURANCE SERVICES, INC., ) | |
| d/b/a GREAT LAKES INSURANCE SE ) | |
| **Serve: CT Corporation** ) | |
| 120 South Central ) | |
| Clayton, MO 63105 ) | |
| ) | |
| ) | |
| Defendant. ) | |

## AMENDED PETITION FOR BREACH OF CONTRACT AND VEXATIOUS REFUSAL TO PAY

COMES NOW the Plaintiff NIDHI Gardens, LLC, by and through its attorney Daniel L. Goldberg, and for its cause of action states as follows:

1. NIDHI Gardens, LLC is a Missouri limited liability company with its principal place of business in St. Louis County, Missouri, to wit: 217 Clarkson Executive Park, Ellisville, Missouri 63011 (the "Insured Property").

2. Munich Re Specialty Group Insurance Services, Inc. d/b/a Great Lakes Insurance SE is a multi-State property damage company actively doing business in the State of Missouri with its service address located in Clayton, Missouri 63105.

3. That the Plaintiff was an active policy holder of a policy insurance from the Defendant, with a policy number at the time of the events hereinafter enumerated of: KGLPK000184-01 ("the Policy").

## COUNT I
### BREACH OF CONTRACT

4. Plaintiff realleges Paragraphs 1 through 3 as if fully set forth herein.

5. Under the Policy, Defendant insured against risks of direct physical loss or damage to the insured property unless the loss is limited or excluded.

6. Loss caused by hail is not excluded or limited under the terms and conditions of the insurance policy and, as such, hail is a covered risk under the insurance policy.

7. On or about March 27, 2020, while the insurance policy was in full force and effect, the insured property sustained hail damage, which is a loss covered by the policy.

8. Plaintiff submitted a claim to Defendant for its losses and damages from this hail occurrence.

9. Defendant has refused to pay Plaintiff for the damage to his property resulting from the said hail damage.

10. Defendant breached the terms of the policy by failing and refusing to pay Plaintiff for the losses it has sustained.

11. Plaintiff has substantially performed all conditions required by the insurance policy to be performed by it, including, but not limited to, giving prompt notice of the loss to Defendant and otherwise cooperating with Defendant's investigation of the claim.

12. As a result of Defendant's breach, Plaintiff has been damaged in an amount to be determined, but in excess of $25,000.

WHEREFORE, Plaintiff prays for judgment in its favor as and for actual damages, prejudgment interest at the highest legal rate, its reasonable attorney's fees, and Court costs, and for such other and further as this Court deems just and proper.

## COUNT II
### VEXATIOUS REFUSAL TO PAY UNDER A POLICY OF INSURANCE

13. Plaintiff realleges Paragraphs 1 through 12 as if fully set forth herein.

14. Plaintiff has made demand to Defendant for payment under the terms of the Policy.

15. That such payment is due and authorized by virtue of the terms of the Policy.

16. That as a result of the clearly intentional and malicious acts of Defendant, the Plaintiff has been damaged.

17. That the damages suffered by Plaintiff do not just include those for breach of contract but also for all other losses provided for in §375.296 and §375.420 of the Revised Statutes of Missouri.

18. That the failure to act and pay under the policy shows a conscious and intentional desire on the part of the Defendant to shield itself from any obligation under the policy.

19. That such intentional, calculated, and malicious acts by the Defendant are to be prohibited in the insurance industry and deserve just punishment.

WHEREFORE, Plaintiff prays for judgment against Defendant for its actual damages, for its Court costs, for pre-judgment interest at the highest legal rate, and for such other and further relief as this Court deems just and proper.

Respectfully submitted

By: _____
DANIEL GOLDBERG, #36982
228 N. Main
St. Charles, MO 63301
(636) 949-0010
(636) 949-8277 fax
dgoldberg@228northmain.com